IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-116M |
| | ) | |
| ADRIAN WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Jamie M. McCall as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Christopher R. Howland.

                                                    DAVID C. WEISS
                                                  United States Attorney

                                 By: */s/ Christophor R. Howland*
                                       Christopher R. Howland
                                       Assistant United States Attorney
                                       Hercules Building, 1313 N. Market Street
                                       P.O. Box 2046
                                       Wilmington, Delaware 19899-2046

Dated: June 23, 2020