# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br>　v.<br>ADRIAN WOOD,<br><br>　　　　　　　Defendant. | Criminal Action No. 20- 56 |

**FILED**
SEP 10 2020
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

**(Civil Disorder, 18 U.S.C. § 231(a)(3))**

On or about May 30, 2020, in the District of Delaware, the defendant, ADRIAN WOOD, did knowingly commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties incident to and during the commission of a civil disorder, which obstructed, delayed, and adversely affected commerce and the movement of articles or commodities in commerce, namely: the defendant, ADRIAN WOOD, incident to and during the commission of a civil disorder, knowingly and willfully caused damage to a police officer's police vehicle by throwing a hard projectile through the back window of the vehicle while the police officer was engaged in the lawful performance of official duties.

　　In violation of 18 U.S.C. § 231(a)(3).

A TRUE BILL:

_____
FOREPERSON

DAVID C. WEISS
United States Attorney

By: _____
Christopher R. Howland
Assistant United States Attorney

Dated: 9/10/2020

No. _ _ _ _ _ _ _ _ _

## UNITED   STATES   DISTRICT   COURT

District of Delaware

### THE UNITED STATES OF AMERICA

vs.

### ADRIAN WOOD

### INDICTMENT

**A true bill.**

_ _ _ _ _ _ _ _                                    _ _ _ _ _ _ _
                                                                    **Foreperson**

Filed in open court this _ _ _ _ 10 _ _ _ day,

of _ _ September 2020

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

                                                                    **Clerk**