IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 20-56-MN |
| ADRIAN WOOD, | : | |
| Defendant. | : | |

**ORDER**

In response to Defendant's Unopposed Motion to Extend Time to File a Reply, this Court HEREBY ORDERS on this __13th__ day of __April__, 2021, that this Defendant's motion is GRANTED. Defendant Wood's Reply shall be due on the __12th__ day of __May__, 2021.

_Maryellen Noreika_
HONORABLE MARYELLEN NOREIKA
United States District Court Judge