# EXHIBIT A

Dear Judge Noreika:

    I would like to start off saying I fully recognize and sincerely regret my decisions and actions during the George Floyd protest and am committed to never make choices like that ever again. I feel most penitent seeing what this has done the well-being of my mother, Kassandra. It weighs deeply on me seeing her distraught over the course of this legal process and I will never put her through that again. Additionally, I fully intend to make reparations and pay restitution for my actions that day.

    This whole process has affected my future plans, the opportunities for employment I could have had, relationships with significant others, and so many other ways. I didn't see that one action could affect my future so adversely. I had for the longest time planned to return to Washington a pursue a welding career with a friend I've known since high school. Those plans have been derailed, but I fully intend to resume that plan once this process has resolved.

    My actions certainly haven't had a positive effect on my mental health either. I feel the crime I committed had partly to do with my poor mental health. Additionally, I had lost my job to Covid and most recent relationship with my best friend putting me in a particularly poor head space. It's certainly put into perspective that I have a lot of work to do on myself. I've been recently looking into getting back into a psychiatrist's office again to begin to remedy myself. Back when I had one during my childhood, I felt it was a very constructive environment for myself and helped me improve my overall condition. Especially considering the constant fear of living in my household under my stepfather and almost total isolation. That created lasting social interaction struggles, severe anxiety and PTSD, and an overall pessimistic view of the word from a very young age. All things considered, I will resume therapy as soon as I am able to resume working on myself.

    I thank you for giving me the opportunity to write these words and deeply appreciate you taking your time to read them. Sincerely, Adrian L. Wood