# EXHIBIT B

Honorable Maryellen Noreika

United States District Judge

District of Delaware

December 5, 2021

My name is Jolynn Wagner and I am a psychotherapist. I have known Adrain Wood and his family for over 15 years. I first came to know Adrian as a young child in a professional capacity, however living in a small town ,my son and Adrian became friends in high school and our families have remained friends over the years.

I know Adrian to be a kind, caring and honest person. He sometimes struggles socially but once he is familiar with people he comes out of his shell. He has typically been the kid who helps out others and befriends others who may be struggling.  Adrian continues to develop into a responsible man – he currently maintains fulltime work and contributes to the household regularly. Adrian is also a compassionate animal lover, and I have seen him work hard on his family's farm to help care for animals. I have never known Adrain to be hostile or aggressive, which is why I see the incident in question as quite uncharacteristic of him.

Thank you for your time in this matter.

Jolynn Wagner